UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    vs.

D-6   GEORGE STANTON,

    Defendant.

_____/

CRIMINAL NO. 12-20030

HON. NANCY G. EDMUNDS

SENTENCING MEMORANDUM OF THE UNITED STATES
AS TO DEFENDANT GEORGE STANTON

**I.    INTRODUCTION**

George Stanton was a public official who accepted over $100,000 in bribes from businessmen seeking investment money from Detroit's Police and Fire Retirement System ("PFRS"). Stanton sold his influence and his integrity in exchange for money. After being confronted by federal agents concerning his crime, Stanton admitted his conduct and took significant steps to correct his wrongdoing and to accept responsibility. Stanton's sentence should reflect the serious crime he committed, while at the same time recognizing the very substantial efforts he has made to make things right.

## II.  ARGUMENT

### A.  The Nature and Circumstances of Stanton's Crimes

Between 1995 and 2009, Stanton served as the Chief of Staff of Detroit city councilwoman Alberta Tinsley-Talabi.  Tinsley-Talabi served as a Trustee of the PFRS during the course of the conspiracy in this case.  As her Chief of Staff, Stanton advised Tinsley-Talabi on matters arising before the PFRS board of trustees.

In 2006, while Chief of Staff, Stanton agreed to accept over $100,000 from Anmar Sarafa, an owner of Steward Capital Management and Munros Capital.  Sarafa agreed to pay this money to Stanton in order to buy favorable influence and assistance from Stanton over Sarafa's $20 million Steward Capital investment proposal then pending before the PFRS board.  While Sarafa was seeking investment money from the PFRS, Stanton also assisted Sarafa by explaining what Sarafa needed to do in order to garner votes from the board of trustees.  In this regard, Stanton passed on to Sarafa directions from Tinsley-Talabi.  Tinsley-Talabi directed Sarafa, through Stanton, that Stanton needed to donate $3,000 to Tinsley-Talabi's political campaign.  She also directed that Sarafa should give money to former Mayor Kwame Kilpatrick's Civic Fund in order to secure the votes of Treasurer Jeffrey Beasley and the votes of the mayoral bloc.  Finally, Sarafa was told to give money to the Detroit Police Officers Association in order to secure the

2

votes of co-defendant and Trustee Paul Stewart and Trustee Martin Bandemer. Sarafa followed the instructions of Stanton and Tinsley-Talabi by giving $5,000 to the Civic Fund, $5,000 to the DPOA, and $3,000 to Tinsley-Talabi's campaign fund. Sarafa was then successful in getting his investment proposal approved by the PRFS.

In the fall of 2007, Stanton accepted approximately $15,000 in cash from co-defendant Roy Dixon in exchange for Stanton's help in getting Dixon's real investment proposal in the Turks and Caicos Islands approved by the PFRS board of trustees, especially in connection with getting Tinsley-Talabi to support the deal.

### B. Protecting the Public from Further Crimes by Stanton

Stanton has accepted responsibility and shown genuine remorse for his criminal conduct. He has made exceptional efforts to correct his wrongdoing, and it appears unlikely that he would re-offend.

## III. CONCLUSION

Stanton committed serious criminal conduct while a public official. He has accepted responsibility for his conduct, and he has displayed admirable effort to make amends for it. Fortunately for the city and the pensioners, the PFRS did not suffer any losses in connection with the investments on which Stanton accepted

bribes.  The government is confident that the Court will impose an appropriate sentence.

                                             Respectfully submitted,

                                             BARBARA L. MCQUADE
                                             United States Attorney

                                             s/DAVID A. GARDEY
                                             s/STEPHANIE DAWKINS DAVIS
                                             Assistant U.S. Attorney
                                             211 West Fort Street, Ste. 2001
                                             Detroit, Michigan 48226-3211
DATED: September 25, 2015             313-226-9591

# **CERTIFICATE OF SERVICE**

I hereby certify that on  September 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Mark Kriger, Esq.

                                                      s/DAVID A. GARDEY
                                                    Assistant United States Attorney
                                                    211 W. Fort Street, Suite 2001
                                                    Detroit, MI  48226
                                                    Phone:  (313) 226-9591
                                                    E-Mail:  David.Gardey@usdoj.gov
                                                    Bar No. P48990